# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO
## MINUTE OF HEARING

*Hearing Information:*

**Debtor:** DAVID CARRASQUILLO MARC  **Case Number:** 11-02452-SEK
**Joint Debtor:** MARIA ROSA MASSANET  **Chapter:** 13

**Date / Time / Room:** 8-9-2011  Courtroom #1
**Bankruptcy Judge:** Sara De Jesus
**Courtroom Deputy:** ED BUJOSA

*Matter:*
CONFIRMATION HEARING OF PLAN DATED 03/24/11 (#2)  DEBTORS MOTION TO ASSUME LEASE WITH ORIENTAL BANK (#9).

*Appearances:* ☐ Debtor  ☑ Debtor's Attorney  ☑ Trustee  ☐ US Trustee  ☐ Creditors/Others:

*Notes and Remarks:* *(Order will be entered electronically)*

☐ **Plan Dated**: _____  ☐ As modified in open Court (see additional comments) was: ☐ **Confirmed**.* ☐ **Denied**.*

☐ **Modified Plan Dated**: _____  ☐ **Approved**  ☐ **Denied**

☑ **Motion filed by** Debtor docket 9 (see additional comments) is ☐ **Granted** * ☑ **Denied** * ☐ **Withdrawn** ☐ **Moot**.

☐ **Debtor's motion requesting voluntary dismissal is hereby granted.** *

☐ **Case is dismissed for reasons stated in open Court.** * ☐ **Order to show cause is enforced and case is dismissed.***
  ☐ Trustee is awarded $100.00 for costs.

☐ **Motion for Reconsideration was granted.** * Order Dismissing Case entered on _____ is vacated and set aside.

☐ The case was **converted for reasons stated in open Court**. * ☐ _____ to pay conversion fees within ___ days.

☐ Debtor's ☐ Trustee's **Objection to Claim No.** ___ filed by _____ **is:**
  ☐ Granted* ☐ Denied* ☐ Withdrawn. ☐ Moot.
  Claim is:* ☐ Disallowed ☐ Allowed as _____.

☐ **Application for Compensation and/or Reimbursement of Expenses filed by** _____ is
  ☐ Approved in the amount of _____.* ☐ Denied.*

☐ **341 Meeting was rescheduled for**: _____.

☐ **Debtor (s) will show cause within fourteen days why this case should not be dismissed or converted for unreasonable delay that is prejudicial to creditors and an inability to obtain the confirmation of a plan, 11 U.S.C. Section 1307 (c) (1) (5). Failure to respond may cause the Court to dismiss or convert the case without further hearing.***

☐ **Hearing rescheduled:** ☐ **Status conference set:** ☐ **Pretrial hearing for:** _____.
☐ **Clerk to give notice of hearing.*** ☐ **Clerk to follow up and return to chambers within** ___ days consider pending matters (see additional comments)
☐ Clerk to refer file to chambers ___ days ahead of next hearing.

☑ **Additional Comments:**

The motion to assume lease over the 2005 Mercedes Benz C-230 was denied subject to reconsideration to be filed within 7 days under the terms of an unsecured debt for deficiency of the automobile that may impact liquidation value. The debtors were ordered to surrender the this vehicle.

The debtor will file an adversary proceeding for cramdown within 21 days.

Matters are held in abeyance for 21 days to allow the debtors to file the adversary proceeding.